Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio

**MEMORANDUM OPINION**

No. 04-09-00670-CR

**IN RE** Tristan **GRIFFIN**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   November 11, 2009

PETITION FOR WRIT OF MANDAMUS DENIED

On October 16, 2009, relator Tristan Griffin filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his various *pro se* motions.

However, counsel has been appointed to represent relator in the criminal proceeding pending in the trial court for which he is currently confined. A criminal defendant is not entitled to hybrid representation. *See Robinson v. State*, 240 S.W.3d 919, 922 (Tex. Crim. App. 2007); *Patrick v. State*, 906 S.W.2d 481, 498 (Tex. Crim. App. 1995). A trial court has no legal duty to rule on a *pro se* motion filed with regard to a criminal proceeding in which the defendant is represented by

---

[1] This proceeding arises out of Cause No. NM037076, styled *State of Texas v. Tristan Griffin*, pending in the 379th Judicial District Court, Bexar County, Texas, the Honorable Ron Rangel presiding.

counsel. *See Robinson*, 240 S.W.3d at 922. Consequently, the trial court did not abuse its discretion by declining to rule on relator's various *pro se* motions that relate directly to his confinement based on the criminal proceeding pending in the trial court. Accordingly, relator's petition for writ of mandamus is denied. TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH